IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:21-CV-00633-GCM

| | |
|---|---|
| **JACQUELINE S. MCFEE,** | |
| Plaintiff, | |
| v. | **ORDER** |
| **CAROLINA PAD, LLC,** | |
| Defendant. | |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* ("Motion") concerning Timothy D. Pecsenye (ECF No. 6).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fees, the Court hereby **GRANTS** the Motion.

In accordance with Local Rule 83.1(b), Mr. Pecsenye is admitted to appear before this court *pro hac vice* on behalf of Defendant Carolina Pad, LLC.

**IT IS SO ORDERED**.

Signed: December 15, 2021

Graham C. Mullen
United States District Judge