IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21CV633-GCM

| | |
|---|---|
| JACQUELINE S. MCFEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| CAROLINA PAD, LLC, ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court upon its own motion. Defendant filed a Motion to Dismiss on January 19, 2022. (Doc. No. 11). Plaintiff timely filed her response (Doc. No. 20), and Defendant filed a Reply (Doc. No. 22). Defendant's Reply raises new arguments regarding the jurisdiction of the state court and the first sale doctrine. Accordingly, the Court directs Plaintiff to file a surreply within fourteen (14) days addressing these arguments.

IT IS SO ORDERED.

Signed: May 17, 2022

Graham C. Mullen
United States District Judge