IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21CV633-GCM

| JACQUELINE S. MCFEE, | ) |
|---|---|
| Plaintiff, | ) |
| vs. | ) ORDER |
| CAROLINA PAD, LLC, | ) |
| Defendant. | ) |

This matter is before the Court upon the Defendant's Motion for Sanctions. (Doc. No. 23). Plaintiff has opposed the motion and Defendant has filed a Reply. This matter is therefore ripe for disposition.

Defendant's motion essentially tracks its Motion to Dismiss, which the Court denied June 16, 2022. (Doc. No. 30). The Court finds that Defendant's Motion for Sanctions is frivolous and the Court will therefore award the Plaintiff her attorney's fees incurred in responding to the motion. Plaintiff's counsel are directed to submit an affidavit stating the amount of fees incurred.

The Court warns the Defendant that attacking the reputation of well-respected counsel and filing frivolous motions will not be tolerated in this case. Defendant's counsel is warned to carefully consider the consequences before engaging in such behavior in the future.

IT IS THEREFORE ORDERED that Defendant's Motion for Sanctions is hereby DENIED.

Signed: July 20, 2022

Graham C. Mullen
United States District Judge