# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO. 3:21CV633

| | |
|---|---|
| JACQUELINE S. MCFEE, | |
| **Plaintiff,** | |
| **v.** | **ORDER** |
| **CAROLINA PAD, LLC,** | |
| **Defendant.** | |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* ("Motion") concerning Matthew A. Homyk (Doc. No. 54).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fees, the Court hereby **GRANTS** the Motion.

In accordance with Local Rule 83.1(b), Mr. Homyk  is admitted to appear before this court *pro hac vice* on behalf of Defendant Carolina Pad, LLC.

**IT IS SO ORDERED**.


Signed: June 12, 2023

Graham C. Mullen
United States District Judge