IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:21CV633

JACQUELINE S. MCFEE,

Plaintiff,

v.

CAROLINA PAD, LLC,

Defendant.

ORDER

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* ("Motion") concerning Lauren E. O'Donnell (Doc. No. 55).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fees, the Court hereby **GRANTS** the Motion.

In accordance with Local Rule 83.1(b), Ms. O'Donnell is admitted to appear before this court *pro hac vice* on behalf of Defendant Carolina Pad, LLC.

**IT IS SO ORDERED**.

Signed: June 12, 2023

Graham C. Mullen
United States District Judge