IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:21CV633

JACQUELINE S. MCFEE,

  Plaintiff,

v.

CAROLINA PAD, LLC,

  Defendant.

ORDER

  **THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* ("Motion") concerning Daniel E. Rhynhart (Doc. No. 59).

  Upon review and consideration of the Motion, which was accompanied by submission of the necessary fees, the Court hereby **GRANTS** the Motion.

  In accordance with Local Rule 83.1(b), Mr. Rhynhart is admitted to appear before this court *pro hac vice* on behalf of Defendant Carolina Pad, LLC.

  **IT IS SO ORDERED**.

Signed: June 21, 2023

*/s/ Graham C. Mullen*
Graham C. Mullen
United States District Judge