IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21CV633-GCM

| | |
|---|---|
| JACQUELINE S. MCFEE, ) | |
| Plaintiff, ) | |
| vs. ) | ORDER |
| CAROLINA PAD, LLC, ) | |
| Defendant. ) | |

This matter is before the Court upon its own motion. This case is currently set for trial on November 13, 2023. However, there remain pending cross-motions for summary judgment and the Court has set these motions for hearing on November 7, 2023. Accordingly, trial in this case shall be continued from the November 2023 trial term and shall be rescheduled if and when the Court so determines.

SO ORDERED.

Signed: October 10, 2023

Graham C. Mullen
United States District Judge